IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 97-29 Erie |
| | ) |
| JESSIE ANTONIO MESSINA | ) |

**ORDER APPOINTING**
**FEDERAL PUBLIC DEFENDER**

AND NOW, this 6th day of March, 2008, pursuant to the February 11, 2008, Administrative Order relating to the appointment of counsel in crack amendment retroactivity cases, IT IS ORDERED that the FEDERAL PUBLIC DEFENDER, 1111 Renaissance Centre, 1001 State Street, Erie, Pennsylvania 16501, telephone number (814) 455-8089, is hereby appointed to represent the defendant in all matters pertaining to this action.

PRIMARY COUNSEL:   Thomas W. Patton
                   Assistant Federal Public Defender
                   PA State ID #88653

_Maurice B. Cohill, Jr._
Maurice B. Cohill, Jr.
Senior United States District Judge

**RECEIVED**

MAR - 5 2008

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA